UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 01863
    WILLIE RAY SHUMPERT
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9668

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/16/2004 and was confirmed 03/25/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 04/10/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT UNION 1 | SECURED | 4165.56 | 403.51 | 4165.56 |
| CREDIT UNION 1 | SECURED | 7093.96 | 754.75 | 7093.96 |
| HOUSEHOLD FINANCE CORPOR | CURRENT MORTG | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CORPOR | MORTGAGE ARRE | 3410.00 | .00 | 3410.00 |
| US DEPT OF HUD | CURRENT MORTG | .00 | .00 | .00 |
| US DEPT OF HUD | MORTGAGE ARRE | 1627.00 | .00 | 1627.00 |
| WELLS FARGO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO MORTGAGE | MORTGAGE ARRE | 15603.18 | .00 | 15603.18 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1676.76 | .00 | 1676.76 |
| ARONSON FURNITURE | SECURED | 313.00 | 69.03 | 313.00 |
| ARONSON FURNITURE CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 658.11 | .00 | 658.11 |
| CREDIT UNION 1 | UNSECURED | 2385.18 | .00 | 2385.18 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| STERLING FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 1044.49 | .00 | 1044.49 |
| CITIZENS FINANCE CO | UNSECURED | 373.90 | .00 | 373.90 |
| US DEPT OF HUD | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 127.00 | .00 | 127.00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 2,447.03 |
| DEBTOR REFUND | REFUND | | | 47.54 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 42,200.00 | |
| PRIORITY | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 01863 WILLIE RAY SHUMPERT

```
SECURED                                  32,212.70
         INTEREST                         1,227.29
UNSECURED                                 6,265.44
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                      2,447.03
DEBTOR REFUND                                47.54
                    ---------------    ---------------
TOTALS              42,200.00          42,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 07/29/08                   /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE